# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DIVISION OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER BLACKWELL and ) <br> DAMIEN BLACKWELL, ) <br> ) <br>          Plaintiffs, ) <br> vs. ) <br> ) <br> AUTO-OWNERS (MUTUAL) ) <br> INSURANCE COMPANY, ) <br> ) <br>          Defendant. ) | No. 1:16-cv-2842-STA-egb |

## ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION

Before the Court is Defendant Auto-Owners (Mutual) Insurance Company's Motion for Extension (ECF No. 33) filed on June 8, 2017. Defendant seeks an extension of the deadline for completing fact discovery and other deadlines related to experts. Defendant's Motion is **DENIED**. Local Rule 7.2(a)(1) states that the Clerk of Court will accept for filing only motions accompanied by a memorandum of facts and law. Defendant has not filed a supporting memorandum of facts and law to show good cause for the extensions sought in the Motion. Without a memorandum of facts and law, the Court cannot determine whether good cause exists to extend the case management deadlines. Federal Rule of Civil Procedure 16(b)(4) provides that a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Bank of Am., N.A. v. Corporex Realty & Inv. Corp.*, 661 F. App'x 305, 317 (6th Cir. 2016)I (quoting *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002)). Therefore, Defendant's Motion for

1

Extension is **DENIED** without prejudice to refile the Motion with a memorandum of facts and law showing good cause to extend the scheduling order deadlines.

    **IT IS SO ORDERED.**

                                     **s/ S. Thomas Anderson**
                                     S. THOMAS ANDERSON
                                     CHIEF UNITED STATES DISTRICT JUDGE

                                     Date: June 9, 2017