UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER BLACKWELL,<br>DAMIEN BLACKWELL<br><br>    Plaintiffs,<br><br>vs.<br><br>AUTO-OWNERS MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br>CASE NO: 16-2842-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal entered on October 10, 2017, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/10/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk